# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 5:03cr00012-008 |
| CHRISTOPHER MACHICOTE | ) | USM No: 20013-058 |
| Date of Previous Judgment: August 9, 2004 | ) | James S. Weidner, Jr. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ■ DENIED.   ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 29 | | Amended Offense Level: 27 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: life to life months | | Amended Guideline Range: life to life months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):   No reduction as the guideline range remains unchanged due to the mandatory statutory minimum sentence.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   August 9, 2004   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 17, 2009

_Richard L. Voorhees_

Richard L. Voorhees
United States District Judge

Effective Date: _____
(if different from order date)